IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 24-21083-CMB |
| Gary Vincent Pomilio, | : | |
| Debtor, | : | Chapter 13 |
| | : | |
| Gary Vincent Pomilio, | : | |
| Movant, | : | Document No. 13 |
| | : | |
| v. | : | |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| Respondent. | : | |

## ORDER

AND NOW, this __3rd__ day of __June_____, 2024, upon consideration of the foregoing Motion to Reconsider Dismissal Order Dated May 20, 2024, it is hereby Ordered, Adjudged, and Decreed that the Order is vacated and that counsel for Debtor is granted until June 10, 2024 to complete the schedules, plan, and other required documents.

BY THE COURT:

FILED
6/3/24 3:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 24-21083-CMB
Gary Vincent Pomilio  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Jun 03, 2024     Form ID: pdf900     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary Vincent Pomilio, 212 Circle Drive, Elizabeth, PA 15037-2324 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15714470 | + | Email/Text: LMitchell@myfci.com | Jun 04 2024 00:45:00 | FCI Lender Services, Inc, PO Box 28720, Anaheim, CA 92809-0157 |
| 15714469 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 04 2024 00:46:00 | Select Portfolio Servicing, Inc, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2 dcarlon@kmllawgroup.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jun 03, 2024 | Form ID: pdf900 | Total Noticed: 3

Dennis J. Spyra
    on behalf of Debtor Gary Vincent Pomilio dennis@spyralawoffice.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 4