IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 24-21083-CMB |
| Gary Vincent Pomilio, | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |

## AFFIDAVIT OF INCOME

I, Gary Vincent Pomilio, certify under penalty of perjury that I receive approximately $4,000.00 per month from self-employment income.

Dated: June 10, 2024                                                     /s/ Gary Vincent Pomilio
                                                                                         Gary Vincent Pomilio

Penalty for making false statement or concealing property is a Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. Section 152 and 3571.