IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 24-21083-CMB |
| | : | |
| Gary Vincent Pomilio, | : | Chapter 13 |
|     Debtor, | : | |
| | : | |
| Gary Vincent Pomilio, | : | |
|     Movant, | : | |
| | : | Related to Document Nos. 1, 2, 18 |
| v. | : | |
| | : | |
| No Respondent. | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Dennis J. Spyra, Esq., counsel for the debtor in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

                                            By:    /s/ Dennis J. Spyra, Esq.
                                                         Dennis J. Spyra, Esq.
                                                         1711 Lincoln Way
                                                         White Oak, PA 15131
                                                         (412) 673-5228
                                                         dennis@spyralawoffice.com
                                                         PA I.D. # 46188

**PAWB Local Form 30 (07/13)**

Commonwealth of PA
Department of Revenue
Dept. 280946
Labor & Industry Building
Harrisburg, PA 17128

Danielle DiLeva, Esq.
KML Law Group P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Elizabeth Township
2420 Greenock Buena Vista Road
McKeesport, PA 15135

Federal Home Loan Mortgage Corp.
3217 S. Decker Lake Drive
Salt Lake City, UT 84119

Internal Revenue Service
Insolvency Unit
P.O. Box 7346
Philadelphia, PA 19101

John F. Cambest, Esq.
Dodaro, Matta & Cambest P.C.
1001 Ardmore Boulevard
Suite 100
Pittsburgh, PA 15221

Robert P. Wendt, Esq.
Leopold & Associates PLLC
275 Curry Hollow Road
Bldg. 1, Suite 280
Pittsburgh, PA 15236

Unemployment Compensation
Overpayment Matters-Dept. L&I
Office of Chief Counsel, 10th Floor
651 Boas Street
Harrisburg, PA 17121

Wilmington Savings Fund Society
1211 W. 103rd Street
Suite 108
Kansas City, MO 64114