**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| GARY VINCENT POMILIO | Case No.:24-21083 |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 05/03/2024 and confirmed on 07/30/2024. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 1,600.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 1,595.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 259.09 | |
|    Trustee Fee | 96.00 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 355.09 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FEDERAL HOME LOAN MORTGAGE CORP | 0.00 | 635.53 | 0.00 | 635.53 |
|     Acct: 5810 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY - | 0.00 | 604.38 | 0.00 | 604.38 |
|     Acct: 9920 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY - | 14,475.48 | 0.00 | 0.00 | 0.00 |
|     Acct: 9920 | | | | |
|   FEDERAL HOME LOAN MORTGAGE CORP | 20,310.33 | 0.00 | 0.00 | 0.00 |
|     Acct: 5810 | | | | |
|   ELIZABETH TOWNSHIP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0134 | | | | |
| | | | | 1,239.91 |
| **Priority** | | | | |
|   DENNIS J SPYRA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GARY VINCENT POMILIO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GARY VINCENT POMILIO | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 24-21083 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| DENNIS J SPYRA ESQ | 2,500.00 | 259.09 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 1,096.88 | 0.00 | 0.00 | 0.00 |
| Acct: 5115 | | | | |
| INTERNAL REVENUE SERVICE* | 9,981.37 | 0.00 | 0.00 | 0.00 |
| Acct: 5115 | | | | |
| WILMINGTON SAVINGS FUND SOCIETY - | 1,025.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9920 | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| PA DEPARTMENT OF LABOR & INDUSTRY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5115 | | | | |
| INTERNAL REVENUE SERVICE* | 11,624.55 | 0.00 | 0.00 | 0.00 |
| Acct: 5115 | | | | |
| PA DEPARTMENT OF REVENUE* | 291.64 | 0.00 | 0.00 | 0.00 |
| Acct: 5115 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LEOPOLD & ASSOCIATES PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |

**TOTAL PAID TO CREDITORS**                                                                                           1,239.91

TOTAL CLAIMED
PRIORITY        12,103.25
SECURED         34,785.81
UNSECURED       11.916.19

Date: 01/09/2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com